509 A.2d 1255

Samuel L. McGHEE, Appellant,

v.

COMMONWEALTH of Pennsylvania.

Supreme Court of Pennsylvania.

Argued May 14, 1986.
Decided May 29, 1986.

John J. O'Brien, Michael D. Ward, Philadelphia, for appellant.

Harold H. Cramer, Harrisburg, for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, HUTCHINSON, ZAPPALA and PAPADAKOS, JJ.

## ORDER

PER CURIAM:

Appeal dismissed as having been improvidently granted.